McCUSKER, ANSELMI, ROSEN
& CARVELLI, P.C.
210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
973-635-6300
Attorneys for Defendants Paul Siegel and
Globecon Group Holdings, LLC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DERMONT DESMOND,<br>Plaintiff,<br>vs.<br>PAUL SIEGEL, GLOBECON GROUP HOLDINGS, L.L.C., and GODADDY.COM, INC.,<br>Defendants. | CIVIL ACTION NO. 10-cv-5562-DRD<br><br>**ORDER OR OPINION TO SEAL** |

**THIS MATTER** having been brought before the Court by McCusker, Anselmi, Rosen & Carvelli, a Professional Corporation, attorneys for Defendants Paul Siegel and Globecon Group Holdings, LLC ("Defendants") (Bruce S. Rosen, Esq., appearing), in the presence of counsel for Plaintiff, Pollack Solomon Duffy, LLP and Cooper Levenson April Niedelman Wagenheim, P.A., upon motion for entry of an Order pursuant to Local Rule 5.3 to maintain certain materials under seal, and the Court having considered the papers and having found: (1) that the nature of the materials and proceedings at issue involves both sensitive financial information of Defendants and sensitive information regarding the underlying attorney-client relationship; (2) that the legitimate private interest of Defendants' in maintaining a seal outweighs any public interest in the materials at issue; (3) that a clearly defined and serious injury would result to

Defendants if the motion to seal were denied; and (4) that the proposed redacted portions of the moving papers are such that a less restrictive alternative to the relief sought is not available; therefore, for good cause shown;

IT IS on this ___5___ day of ___June___, 2013

**ORDERED** that Defendants' motion to maintain certain materials under seal pursuant to Local Civil Rule 5.3 is hereby **GRANTED**, and it is further

**ORDERED** that the following materials shall remain under seal:

1. Pages 2 through 5 of the Memorandum of Law in Support of McCusker Anselmi Rosen & Carvelli, PC's Motion for Leave to Withdraw Appearance as Counsel of Record for Defendants Paul Siegel and Globecon Group Holdings, LLC, dated April 29, 2013 and

2. The Certification of Bruce S. Rosen in Support of same motion, also dated April 29, 2013

and it is further

**ORDERED** that Defendants shall electronically file redacted versions above the above-mentioned materials; and it is further

**ORDERED** that any other materials filed by Defendants on April 29, 2013, shall be unsealed by the Clerk.

**SO ORDERED.**

_____
HON. CATHY L. WALDOR, U.S.M.J

___ Opposed

_X_ Unopposed